UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWESTERN ENERGY COMPANY, et al.,<br><br>Defendants. | Civil Action No. 4:16-cv-03569 |

## PLAINTIFF'S SECOND NOTICE OF NEW AUTHORITY

Plaintiff respectfully submits this Second Notice of New Authority to bring to the Court's attention another recent decision granting motion to remand claims arising under the Securities Act of 1933 (the "1933 Act") to state court.

On July 17, 2017, the Honorable Robert W. Pratt remanded a 1933 Act class action to Iowa state court in *Christians v. KemPharm, Inc.*, No. 3:17-cv-00002 (S.D. Ia.) (opinion attached hereto as Exhibit A). In addition to finding that remand was appropriate, the court expressed (at n.6) that it was "compelled to decide the motion before it at this time[,]" even though the Supreme Court could potentially resolve the issue in *Cyan Inc. v. Beaver Cty. Emps. Ret Fund.* (15-1439).

DATED: July 20, 2017.

                                                Respectfully submitted,

                                                */s/ Thomas E. Bilek*
                                                Thomas E. Bilek
                                                TX Bar No. 02313525 / SDTX Bar No. 9338
                                                **THE BILEK LAW FIRM, L.L.P.**

700 Louisiana, Suite 3950
Houston, Texas 77002
(713) 227-7720

Thomas L. Laughlin
Donald A. Broggi
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: tlaughlin@scott-scott.com
dbroggi@scott-scott.com

Geoffrey M Johnson
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
Email: gjohnson@scott-scott.com

*Attorneys for Plaintiff St. Lucie County Fire District Firefighters' Pension Trust*

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on July 20, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                          */s/ Thomas E. Bilek*
                                        Thomas E. Bilek