UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, | § § § § § | Civil Action No. 4:16-cv-03569 |
| Plaintiff, | § § | |
| v. | § § | |
| SOUTHWESTERN ENERGY COMPANY, et al., | § § | |
| Defendants. | § | |

# PLAINTIFF'S THIRD NOTICE OF NEW AUTHORITY

Plaintiff respectfully submits this Third Notice of New Authority to bring to the Court's attention another recent decision granting motion to remand claims arising under the Securities Act of 1933 (the "1933 Act") to state court.

On July 21, 2017, the Honorable Claudia Wilken remanded two 1933 Act class actions to California state court in *Olberding v. Avinger, Inc.*, Nos. 17-CV-3398 (N.D. Ca.) and *Gonzalez v. Avinger, Inc.*, 17-CV-3401 (N.D. Ca.) (joint opinion attached hereto as Exhibit A) ("*Avinger*"). In addition to finding that remand was appropriate, the Court denied defendants' request that the Court not rule on Plaintiffs' motion to remand until after the Supreme Court decides *Cyan Inc. v. Beaver Cty. Emps. Ret Fund.* (15-1439), because (1) the Court lacked jurisdiction over the action, (2) a stay would prejudice plaintiffs, and (3) not granting a stay would not prejudice defendants. *Avinger* at 6-7.

DATED: July 24, 2017.

Respectfully submitted,

    */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

Thomas L. Laughlin
Donald A. Broggi
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: tlaughlin@scott-scott.com
      dbroggi@scott-scott.com

Geoffrey M Johnson
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
Email: gjohnson@scott-scott.com

*Attorneys for Plaintiff St. Lucie County Fire District Firefighters' Pension Trust*

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on July 24, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

    */s/ Thomas E. Bilek*
Thomas E. Bilek