United States District Court
Southern District of Texas
**ENTERED**
September 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-3569 |
| SOUTHWESTERN ENERGY COMPANY, et al, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court are Plaintiff's Motion to Stay Proceedings Pending Supreme Court's Disposition of Related Petition for Certiorari (Doc. #15), Plaintiff's Motion to Remand (Doc. #21), Defendants' Responses to both (Docs. #20, 23), Plaintiff's Replies to Defendants' Responses (Docs. #22, 26), and numerous notices of new authority. Having considered the arguments and the applicable legal authority, the Court is of the opinion that removal was appropriate and this Court has proper jurisdiction over the case. However, given the Supreme Court's recent granting of the Petition for Writ of Certiorari in the *Cyan* case (a case addressing the same legal issues at issue in this case), this Court believes the appropriate course of action is to stay the case until a decision by the United States Supreme Court in *Cyan* (or until further notice by this Court). As such, Plaintiff's Motion to Stay Proceedings is GRANTED, and Plaintiff's Motion to Remand is DENIED without prejudice to Plaintiff's ability to refile said motion after the stay is lifted.

The Parties are HEREBY ORDERED to appear before this Court on February 2, 2018, for a status conference and to give an update on the status of the related Supreme Court case.

It is so ORDERED.

SEP 0 5 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge